IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr38-MHT |
| | ) | (WO) |
| REINIER PEREZ-RIVES | ) | |

OPINION AND ORDER

On April 19, 2018, the court granted the government's motion for a psychiatric examination of defendant Reinier Perez-Rives and gave the government seven days to request an order appointing Dr. Kale Kirkland to conduct the examination. On April 25, 2018, the government requested such.

Accordingly, it is ORDERED as follows:

(1) Dr. Kale Kirkland, of Central Alabama Psychology, P.C., 2571 Bell Rd., Montgomery, AL 36117, is appointed to perform a psychological evaluation of defendant Reinier Perez-Rives pursuant to 18 U.S.C. § 3552(b). Dr. Kirkland is to conduct the necessary battery of tests to provide the court with the requisite information

regarding his findings, opinions, and conclusions as to how the mental condition of Perez-Rives should affect the sentence, including but not limited to any recommendations for treatment that could address any identified mental-health conditions or issues.

(2) The government shall arrange for interpretive services to assist Dr. Kirkland in his evaluation of defendant Perez-Rives.

(3) If Dr. Kirkland judges it necessary for the examination and testing to occur at his office, the United States Marshal is to arrange for defendant Perez-Rives to be present for the tests and/or examination there.

(4) The government is to file, and furnish to Dr. Kirkland, any questions it would like Dr. Kirkland to ask or issues it would like Dr. Kirkland to address by May 3, 2018.

(5) Dr. Kirkland is to file his report with the court by no later than May 25, 2018. He is also

to provide copies to counsel for defendant Perez-Rives and the United States.

(6) The Department of Justice shall have responsibility for the costs of said examination. *See* Guide to Judiciary Policy, Vol. 7, Pt. A § 320.20.20.

The clerk of the court is DIRECTED to furnish a copy of this order to Dr. Kirkland.

DONE, this the 27th day of April, 2018.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**